FRANK BAMBARA, Respondent, v. WESTCHESTER STREET RAILWAY COMPANY and JOHN H. CALHOUN, Appellants.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opin-

* See Penn. Laws of 1891, p. 176, No. 177, as amd.— [REP.

ion. Carr, Rich and Putnam, JJ., concurred; Jenks, P. J., and Mills, J.,
dissented.